IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ABDALLAH CHADLI,

               Plaintiff,                   ORDER

   v.                                         08-cv-2-bbc

PETER D. KEISLER, Acting U.S. Attorney General,
MICHAEL CHERTOFF, Secretary of the D.H.S.,
EMILIO T. GONZALEZ, Director of the
U.S.C.I.S., RUTH A. DOROCHOFF, District
Director of Chicago U.S.C.I.S., KAY LEOPOLD,
Director of the Milwaukee Office U.S.C.I.S. and
ROBERT S. MUELLER, Director of the
Federal Bureau of Investigation,

               Defendants.

---

On July 30, 2008, this court held a telephonic status conference. Attorney John Sesini, counsel for plaintiff, did not call in and could not be reached. Defendants were represented by Assistant United States Attorney Richard Humphrey. The parties had predicted at the May 29, 2008 telephonic status conference that they expected this case to resolve itself prior to today obviating the need for the hearing. That did not happened and Assistant United States Attorney Humphrey explained why not: Apparently, the FBI had represented that Chadli's background check had been completed when in fact it had not. Nobody knows when it will be done and apparently the FBI is not talking.

In light of this, we need to set target dates in order to resolve this case. Any dispositive motions from either side must be filed and served not later than September 26, 2008. A trial to the court shall be held January 26, 2009 at 9:00 a.m. Assistant United States Attorney Humphrey agreed that no additional dates or deadlines needed to be set at this time, but promised to contact the court quickly (with Attorney Sesini participating) if any additional court input were to be needed to keep this case on track toward resolution.

Entered this 30th day of July, 2008.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge