IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ABDALLAH CHADLI,

                                                                                                         ORDER

                              Plaintiff,

                                                                                  08-cv-2-bbc

     v.

PETER D. KEISLER,
MICHAEL CHERTOFF, EMILIO T.
GONZALEZ, RUTH DOROCHOFF,
KAY LEOPOLD and ROBERT S.
MUELLER,

                             Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      A status conference was scheduled to be held in this case by telephone on December 18, 2008. Plaintiff was to have initiated the call, but never did so. When my secretary tried to call counsel, she was unable to leave a message because his voice mail box was filled. Taken together, the lack of prosecution evident in the record and this latest disregard of the court's instructions suggest that plaintiff is no longer interested in pursuing the case.

      IT IS ORDERED that plaintiff Abdallah Chadli and his counsel, John Sesini, may have until December 29, 2008, in which to show cause, if any, why this case should not be

1

dismissed for plaintiff's failure to prosecute it.

Entered this 18th day of December, 2008.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge

2