IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ABDALLAH CHADLI,

                                ORDER

          Plaintiff,

                              08-cv-2-bbc

    v.

PETER D. KEISLER,
MICHAEL CHERTOFF, EMILIO T.
GONZALEZ, RUTH DOROCHOFF,
KAY LEOPOLD and ROBERT S.
MUELLER,

         Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

A status conference was held in this case by telephone on January 8, 2009, before United States District Judge Barbara B. Crabb. John Sesini participated on behalf of plaintiff. The government was represented by Assistant United States Attorney Richard Humphrey.

Mr. Humphrey informed the court that the delay in resolving this case seems to be attributable to the lack of a completed FBI background investigation of the plaintiff. He has checked with the Department of Homeland Security but has been unable to get any estimate of when the background check might be completed.

1

Because the case has been pending so long, IT IS ORDERED that the government may have 60 days or until March 9, 2009, in which to show cause if any why the matter should not be set for adjudication before the court.  Accordingly, a telephone hearing will be held on March 9, 2009 at 8:30 a.m.  Mr. Humphrey is to place the call.

IT IS FURTHER ORDERED that the trial set for January 26, 2009, is continued indefinitely.

Entered this 8th day of January, 2009.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge

2